# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Leonard Darrell Petty,                                Civil No. 13-cv-0402 (MJD/TNL)

      Petitioner,

v.                                                                    **ORDER**

Steve Hammer, *Warden,*

      Respondent.

---

Leonard Darrell Petty, #232925, 7600 525th Street, Rush City, MN 55069 (Petitioner, pro-se); and

Matthew Frank, Jennifer R. Coates, Minnesota Attorney General's Office, 455 Minnesota Street, Suite 1800, St. Paul, MN; Tara C. Ferguson Lopez, Mille Lacs County Attorney's Office, 225 Sixth Avenue SE, Milaca, MN 56353(for Respondent).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 5, 2014 (Docket No. 13), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus [Docket No. 1] is **DENIED**;

2. This action is **DISMISSED WITH PREJUDICE**; and

3. The Certificate of Appealability is **DENIED**.


Date:  October 14, 2014                        s/Michael J. Davis
                                                              The Honorable Michael J. Davis
                                                              Chief United States District Court Judge
                                                              for the District of Minnesota